UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATRICE LEE, | ) | CASE NO.  1:23-cv-00188 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| MILL-ROSE COMPANY, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

On February 15, 2024, a Joint Notice of Settlement and Joint Motion to Cancel Status Conference (Doc. No. 12) was filed by the parties notifying the Court that the parties have reached a settlement.  In light of the parties' representation that the matter has settled, the docket shall be marked "dismissed without prejudice."

On or before March 15, 2024, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.  The telephonic Status Conference set for February 21, 2024, is cancelled.

IT IS SO ORDERED.

Date: February 16, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE